Reed R. Kathrein (139304)
Peter E. Borkon (212596)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com

Steve W. Berman
Sean R. Matt
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
sean@hbsslaw.com

*Counsel for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY SMIT, individually and on behalf of all others similarly situated,<br><br>                                        Plaintiff,<br><br>       v.<br><br>CHARLES SCHWAB & CO., INC., SCHWAB INVESTMENTS and CHARLES SCHWAB INVESTMENT MANAGEMENT, INC.,<br><br>                                        Defendants. | No. CV-10-03971 LHK<br><br>ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE* OF STEVE W. BERMAN |

1   STEVE W. BERMAN, whose business address and telephone number is

2
    Steve W. Berman
3   HAGENS BERMAN SOBOL SHAPIRO LLP
    1918 Eighth Avenue, Suite 3300
4   Seattle, Washington  98101
    Telephone: (206) 623-7292
5   Facsimile:  (206) 623-0594
    steve@hbsslaw.com
6

7   and who is an active member in good standing of the bar of the State of Washington, having

8   applied in the above-entitled action for admission to practice in the Northern District of California

9   on a *pro hac vice* basis, representing Jerry Smit Plaintiff.

10        IT IS HEREBY ORDERED THAT THE application is granted, subject to the terms and

11  conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac*

12  *vice*.  Service of papers upon and communication with co-counsel designated in the application will

13  constitute notice to the party.  All future filings in this action are subject to the requirements

14  contained in General Order No. 45, *Electronic Case Filing*.

15  DATED:  _October 13, 2010_

16

17  _____
    HONORABLE LUCY H. KOH
18  UNITED STATES DISTRICT JUDGE

ORDER GRANTING APPL. FOR
ADMISSION *PRO HAC VICE* OF STEVE
W. BERMAN  No. CV-10-03971 LHK            - 1 -