1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Richard A. Schirtzer (Bar No. 150165)
2  865 Figueroa St., 10th Floor
   Los Angeles, California 90017
3  Telephone:   (213) 443-3000
   Facsimile:    (213) 443-3100
4  E-mail:      richardschirtzer@quinnemanuel.com

5  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Karin Kramer (Bar No. 87346)
6    Patrick Doolittle (Bar No. 203659)
     Arthur M. Roberts (*pro hac vice* application pending)
7  50 California Street, 22nd Floor
   San Francisco, California  94111-4788
8  Telephone:   (415) 875-6600
   Facsimile:    (415) 875-6700
9  E-mail:karinkramer@quinnemanuel.com

10 Attorneys for Defendants Schwab Investments, Charles Schwab
   Investment Management, Inc., Marianne Byerwalter, Donald F.
11 Dorward, William A. Hasler, Robert G. Holmes, Gerald B. Smith,
   Donald R. Stephens, Michael W. Wilsey, Charles R. Schwab,
12 Randall W. Merk, Joseph H. Wender, and John F. Cogan

13                     UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                          SAN JOSE DIVISION

16

17

18 NORTHSTAR FINANCIAL ADVISORS, INC.,          Case No.    CV-08-4119 LHK
   on Behalf of Itself and All Others Similarly
   Situated,                                     CLASS ACTION
19
                     Plaintiff,
20                                               [PROPOSED] ORDER APPROVING
        v.                                       SUBSTITUTION OF COUNSEL
21
   SCHWAB INVESTMENTS, and MARIANNE
22 BYERWALTER, DONALD F. DORWARD,
   WILLIAM A. HASLER, ROBERT G. HOLMES,
23 GERALD B. SMITH, DONALD R. STEPHENS,
   MICHAEL W. WILSEY, CHARLES R.
24 SCHWAB, RANDALL W. MERK, JOSEPH H.
   WENDER and JOHN F. COGAN as TRUSTEES
25 OF SCHWAB INVESTMENTS; and CHARLES
   SCHWAB INVESTMENT MANAGEMENT,
26 INC.

27                     Defendants.

28

                                                          CASE NO. CV-08-4119 LHK
                                         [PROPOSED] ORDER APPROVING SUBSTITUTION OF COUNSEL

1    Defendants Schwab Investments, Charles Schwab Investment Management, Inc.,

2    Marianne Byerwalter, Donald F. Dorward, William A. Hasler, Robert G. Holmes, Gerald B.

3    Smith, Donald R. Stephens, Michael W. Wilsey, Charles R. Schwab, Randall W. Merk, Joseph H.

4    Wender, and John F. Cogan, hereby substitute Quinn Emanuel Urquhart & Sullivan, LLP, as

5    counsel of record, replacing Morrison & Foerster LLP.  Counsel's new address of record is:

6
             RICHARD A. SCHIRTZER
7            richardschirtzer@quinnemanuel.com
             QUINN EMANUEL URQUHART & SULLIVAN, LLP
8            865 South Figueroa Street, 10th Floor
             Los Angeles, CA 90017-2543
9            Telephone: (213) 443-3000
             Facsimile: (213) 443-3100
10
11           JOHN M. POTTER
             johnpotter@quinnemanuel.com
12           PATRICK DOOLITTLE
             patrickdoolittle@quinnemanuel.com
13           KARIN KRAMER
             karinkramer@quinnemanuel.com
14           QUINN EMANUEL URQUHART & SULLIVAN, LLP
             50 California Street, 22nd Floor
15           San Francisco, CA 94111-4788
             Telephone: (415) 875-6600
16           Facsimile: (415) 875-6700
17
     The substitution of counsel will take effect upon the Court's entry of the proposed order.
18
19       Dated:  December 10, 2010          DARRYL P. RAINS
                                            EUGENE ILLOVSKY
20                                          CRAIG D. MARTIN
                                            DOROTHY L. FERNANDEZ
21                                          MORRISON & FOERSTER LLP
22
23                                          By:   /s/ Darryl P. Rains
                                                  Darryl P. Rains
24
25
26
27
28

Dated:  December 10, 2010        RICHARD A. SCHIRTZER
                                 JOHN M. POTTER
                                 PATRICK DOOLITTLE
                                 QUINN EMANUEL URQUHART &
                                 SULLIVAN, LLP


                                 By:   /s/ Patrick Doolittle
                                       Patrick Doolittle


Defendants hereby agree and consent to this substitution of counsel.

Dated:  December 10, 2010        SCHWAB INVESTMENTS AND CHARLES
                                 SCHWAB INVESTMENT MANAGEMENT,
                                 INC.


                                 By:   /s/ Linda Drucker
                                       Linda Drucker
                                       Associate General Counsel
                                       Charles Schwab & Co.

Dated:  December 10, 2010        MARIANNE BYERWALTER


                                 By:   /s/ Marianne Byerwalter
                                       Marianne Byerwalter


Dated:  December 10, 2010        DONALD F. DORWARD

                                 By:   /s/ Donald F. Dorward
                                       Donald F. Dorward


Dated:  December 10, 2010        WILLIAM A. HASLER


                                 By:   /s/ William A. Hasler
                                       William A. Hasler


Dated:  December 10, 2010        ROBERT G. HOLMES


                                 By:   /s/ Robert G. Holmes
                                       Robert G. Holmes

1     Dated:  December 10, 2010          GERALD B. SMITH

2

3                                        By:  /s/ Gerald B. Smith
                                              Gerald B. Smith
4

5     Dated:  December 10, 2010          DONALD R. STEPHENS

6

7                                        By:  /s/ Donald R. Stephens
                                              Donald R. Stephens
8

9     Dated:  December 10, 2010          MICHAEL W. WILSEY

10                                       By:  /s/ Michael W. Wilsey
                                              Michael W. Wilsey
11

12    Dated:  December 10, 2010          CHARLES R. SCHWAB

13

14                                       By:  /s/ Charles R. Schwab
                                              Charles R. Schwab
15

16    Dated:  December 10, 2010          RANDALL W. MERK

17                                       By:  /s/ Randall W. Merk
                                              Randall W. Merk
18

19    Dated:  December 10, 2010          JOSEPH H. WENDER

20

21                                       By:  /s/ Joseph H. Wender
                                              Joseph H. Wender
22

23    Dated:  December 10, 2010          JOHN F. COGAN

24                                       By:  /s/ John F. Cogan
                                              John F. Cogan
25

26

27

28

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that Quinn Emanuel Urquhart & Sullivan, LLP shall, and hereby is, substituted for Morrison & Foerster LLP as counsel of record for Defendants Schwab Investments, Charles Schwab Investment Management, Inc., Marianne Byerwalter, Donald F. Dorward, William A. Hasler, Robert G. Holmes, Gerald B. Smith, Donald R. Stephens, Michael W. Wilsey, Charles R. Schwab, Randall W. Merk, Joseph H. Wender, and John F. Cogan.

Date: December 13, 2010

HONORABLE LUCY H. KOH
U.S. District Court Judge