1   DARRYL P. RAINS (CA SBN 104802)
    EUGENE ILLOVSKY (CA SBN 117892)
2   MORRISON & FOERSTER LLP
    755 Page Mill Road
3   Palo Alto, California 94304-1018
    Telephone: 650.813.5600
4   Facsimile: 650.494.0792
    Email: DRains@mofo.com
5
    CRAIG D. MARTIN (CA SBN 168195)
6   DOROTHY L. FERNANDEZ (CA SBN 184266)
    MORRISON & FOERSTER LLP
7   425 Market Street
    San Francisco, California 94105-2482
8   Telephone: 415.268.7000
    Facsimile: 415.268.7522
9
    Attorneys for Defendants Charles Schwab & Co., Inc.,
10  Schwab Investments, and Charles Schwab Investment
    Management, Inc.
11
                    UNITED STATES DISTRICT COURT
12
                  NORTHERN DISTRICT OF CALIFORNIA
13
                     SAN FRANCISCO DIVISION
14

15  JERRY SMIT, individually and on behalf of all      Case No.    10-cv-03971 LHK
    others similarly situated,
                                                        [PROPOSED] ORDER APPROVING
16                      Plaintiff,                      SUBSTITUTION OF COUNSEL

17         v.

18  CHARLES SCHWAB & CO., INC., SCHWAB
    INVESTMENTS and, CHARLES SCHWAB
19  INVESTMENT MANAGEMENT, INC.,

20                      Defendants.

21

22

23

24

25

26

27

28

1    Defendants Charles Schwab & Co., Inc., Schwab Investments, and Charles Schwab

2    Investment Management, Inc., hereby substitute Quinn Emanuel Urquhart & Sullivan, LLP, as

3    counsel of record, replacing Morrison & Foerster LLP.  Counsel's new address of record is:

4
                        RICHARD A. SCHIRTZER
5                       richardschirtzer@quinnemanuel.com
                        QUINN EMANUEL URQUHART & SULLIVAN, LLP
6                       865 South Figueroa Street, 10th Floor
                        Los Angeles, CA 90017-2543
7                       Telephone: (213) 443-3000
                        Facsimile: (213) 443-3100
8

9                       KARIN KRAMER
                        karinkramer@quinnemanuel.com
10                      PATRICK DOOLITTLE
                        patrickdoolittle@quinnemanuel.com
11                      QUINN EMANUEL URQUHART & SULLIVAN, LLP
                        50 California Street, 22nd Floor
12                      San Francisco, CA 94111-4788
                        Telephone: (415) 875-6600
13                      Facsimile: (415) 875-6700

14

15   The substitution of counsel will take effect upon the Court's entry of the proposed order.

16

17
         Dated:  December 8, 2010              DARRYL P. RAINS
18                                             EUGENE ILLOVSKY
                                               CRAIG D. MARTIN
19                                             DOROTHY L. FERNANDEZ
                                               MORRISON & FOERSTER LLP
20

21                                             By:   /s/ Darryl P. Rains
22                                                      Darryl P. Rains

23       Dated:  December 8, 2010              RICHARD A. SCHIRTZER
                                               KARIN KRAMER
24                                             PATRICK DOOLITTLE
                                               QUINN EMANUEL URQUHART &
25                                             SULLIVAN, LLP

26
                                               By:   /s/ Patrick Doolittle
27                                                      Patrick Doolittle

28
                                          -1-                    CASE NO. 10-CV-03971 LHK
                                               [PROPOSED] ORDER APPROVING SUBSTITUTION OF COUNSEL

1    Defendants hereby agree and consent to this substitution of counsel.

2

3    Dated:  December 8, 2010                    CHARLES SCHWAB & CO., INC.,
                                                  SCHWAB INVESTMENTS, AND CHARLES
                                                  SCHWAB INVESTMENT MANAGEMENT,
4                                                 INC.

5

6                                                 By:   /s/ Linda Drucker
                                                       Linda Drucker
7                                                      Associate General Counsel
                                                       Charles Schwab & Co.
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER APPROVING SUBSTITUTION OF COUNSEL

1    GOOD CAUSE APPEARING,

2    IT IS HEREBY ORDERED that Quinn Emanuel Urquhart & Sullivan, LLP shall, and

3   hereby is, substituted for Morrison & Foerster LLP as counsel of record for Defendants Charles

4   Schwab & Co., Inc., Schwab Investments, and Charles Schwab Investment Management, Inc.

5

6    Date: December 15, 2010                         _____

7                                                   HONORABLE LUCY H. KOH,
                                                    U.S. District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-                                          CASE NO. 10-CV-03971 LHK
[PROPOSED] ORDER APPROVING SUBSTITUTION OF COUNSEL