**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JERRY SMIT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>CHARLES SCWHAB & CO., INC., SCHWAB INVESTMENTS and CHARLES SCHWAB INVESTMENT MANAGEMENT, INC.,<br><br>Defendants. | Case No.: 10-CV-03971-LHK<br><br><br><br><br>ORDER DISMISSING CASE |

On March 8, 2011, the Court granted-in-part a Motion to Dismiss the claim asserted in this case, and gave Plaintiffs leave to amend their First Amended Complaint to address the issues discussed in the Court's Order. The deadline for Plaintiffs to submit a Second Amended Complaint was 21 days from the date of the March 8, 2011 Order, or March 29, 2011. As of today, April 19, 2011, Plaintiffs have not filed a Second Amended Complaint. Therefore, the case is hereby DISMISSED with prejudice.

**IT IS SO ORDERED.**

Dated: April 19, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-03971-LHK
ORDER DISMISSING CASE