UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| JERRY SMIT, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>CHARLES SCHWAB & CO., INC., SCHWAB INVESTMENTS and, CHARLES SCHWAB INVESTMENT MANAGEMENT, INC.,<br><br>    Defendants. | Case No.:   10-cv-3971 LHK<br><br>[~~PROPOSED~~] FINAL JUDGMENT |

WHEREAS, on April 19, 2011, the Court dismissed this case with prejudice.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED THAT

1. Judgment shall be and is hereby entered against Jerry Smit and in favor of Charles Schwab & Co, Inc., Schwab Investments, and Charles Schwab Investment Management, Inc.

2. The parties shall bear their own costs.

Dated: _____April 21\_, 2011

_____
The Hon. Lucy H. Koh